IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JACOB ROLAND SIEWERT,<br><br>　　　　　Defendant. | CR-24-02-H-BMM<br><br>ORDER |

Defendant Jacob Roland Siewert ("Siewert") has moved to withdraw his guilty plea. (Doc. 21.) The United States filed a Motion to Hold in Abeyance Defendant's Motion to Withdraw Guilty Plea. (Doc. 26.) The Court held a hearing in this matter on July 8, 2024. (Doc. 29.) Through counsel, Siewert indicated at the hearing that he does not oppose the United States's Motion. Accordingly,

**IT IS ORDERED** that

1. Defendant Siewert's Motion (Doc. 21) will be held in abeyance until a decision on the United States's petition for rehearing *en banc* in *United States v. Duarte*, 101 F.4th 657, 2024 WL 2068016 (9th Cir. 2024), or for 60 days, whichever is earlier.

2. This period of time is excludable in computing the time within which

1

Defendant Siewert's trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(ii). The United States's Motion also provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).

3. Once the petition for rehearing *en banc* in *Duarte* is resolved, the Court will set a hearing at which time it will consider Defendant Siewert's Motion (Doc. 21). Defendant Siewert's Motion is not "under advisement" within the meaning of 18 U.S.C. § 3161(h)(1)(H) because the disposition of the United States's *en banc* petition by the Ninth Circuit is necessary to the Court's disposition of the Motions.

4. Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. The same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

**DATED** this 8th day of July, 2024.

_____
Brian Morris, Chief District Judge
United States District Court